FILED: October 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6537
(2:04-cr-00626-DCN-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

VANCE HICKS, a/k/a 19, a/k/a Jeffrey Gordon, a/k/a John Williams

        Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the government's motion to remand, the court grants the motion, vacates appellant's sentence, and remands this case to the district court for resentencing. The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Niemeyer and Senior Judge Motz.

For the Court

/s/ Nwamaka Anowi, Clerk